UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20385-CIV-ALTONAGA/REID
(06-20758-CR-ALTONAGA)

ROY BELFAST,

     Movant,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____/

## MOTION OF FEDERAL PUBLIC DEFENDER TO WITHDRAW
## AS APPOINTED COUNSEL BASED ON CONFLICT OF INTEREST

The Office of the Federal Public Defender, appointed counsel for movant Roy Belfast, respectfully moves to withdraw as counsel for Mr. Belfast in the instant 28 U.S.C. § 2255 proceeding.   In support of this request, undersigned counsel states as follows:

1.    Mr. Belfast, is currently incarcerated and serving a term of imprisonment of 1164 months.   Crim.DE 618:3.   He was convicted, *inter alia*, of violations of 18 U.S.C. § 924(o) and (c).   *Id*. at 1.

2.    Mr. Belfast was previously represented by the Office of the Federal Public Defender at trial, Crim.DE 5, on direct appeal before the United States Court of Appeals for the Eleventh Circuit, Crim.DE 632, and in a previous 28 U.S.C. § 2255 proceeding, Crim.DE 678.

3.     Mr. Belfast has also filed in this Court a number of postconviction motions *pro se*.   *See, e.g.,* Crim.DE 655; Crim.DE 716; Crim.DE 724; Crim.DE 729.

4.     On January 28, 2020, Mr. Belfast filed a *pro se* § 2255 motion in this Court and supporting memorandum of law.   Crim.DE 740; DE 1; DE 3.   A day earlier, he filed a *pro se* application for leave to file a second or successive § 2255 motion in the Eleventh Circuit.   DE 8:10-202.   In both his motion and memorandum to this Court, as well as his application to the Eleventh Circuit, Mr. Belfast challenged his § 924(o) and (c) convictions as invalid in light of *United States v Davis*, 139 S. Ct. 2319 (2019).   DE 1; DE 8 at 16-17, 36-41.   And in both the pleadings to this Court and application to the court of appeals, he also raised a number of additional claims.   See DE1; DE 3; DE 8 at 4.

5.     On February 19, 2020, Mr. Belfast moved this Court *pro se* for appointment of counsel to represent him in the instant § 2255 proceeding, Crim.DE 741, but the Court denied the motion, Crim.DE 742.

6.     On February 26, 2020, the Eleventh Circuit granted Mr. Belfast's *pro se* application as to his *Davis* claim, and denied it as to his other claims.   DE 8 at 7-8.

7.     After the Eleventh Circuit granted Mr. Belfast's application for leave to file a second or successive § 2255 motion, Mr. Belfast contacted the Office of the Federal Public Defender and asked the Federal Public Defender to move for appointment as his counsel in the instant proceeding.

8.     Mr. Belfast's case was assigned to undersigned counsel and, on March 10, 2020, undersigned counsel filed a motion for appointment of the Federal

2

Public Defender to represent Mr. Belfast in the instant proceeding.   DE 9.

9.    On March 16, 2020, Magistrate Judge Reid granted the motion, appointed the Federal Public Defender, and set a briefing schedule.   DE 13.

10.    The appointment order required undersigned counsel to file a memorandum of law in support of Mr. Belfast's *pro se* § 2255 motion.   *Id*.   The appointment order specifically stated that the Court would not consider any claims other than Mr. Belfast's *Davis* claim, because "[t]he Eleventh Circuit has limited Movant's successive application to his *Davis*-based claim."   *Id*. ("[N]o other claims may be considered").

11.    On April 10, 2020, Mr. Belfast filed a *pro se* Notice to the Court on Letter Sent to Attorney of Record Based Upon Formal Record to Have Critical Issues Litigated.   DE 30.   In this *pro se* Notice, Mr. Belfast notified the Court that he was "submitting a letter to" undersigned counsel "requesting issues be raised critical to the proceeding.   If issue is not briefed before this court will lead to a Miscarriage of Justice and fundamentally unfair review which would violate 'Due Process.'"   *Id*. at 1-2.   The Notice requested that undersigned counsel raise in the memorandum of law other issues in addition to the *Davis* claim.   *See id*. at 23-35.   Mr. Belfast attached to the Notice, *inter alia*, letters he sent to Federal Public Defender Michael Caruso, and FPD Chief of Appeals Bernardo Lopez, complaining of counsel's representation of him.   *See id*. at 44-45, 47-48.

12.    On April 30, 2020, undersigned counsel timely filed the memorandum of law required by the Court's order.   DE 32.   Consistent with this Court's

appointment order, the memorandum argued only that Mr. Belfast's § 924(o) and (c) convictions should be vacated as unconstitutional in light of *Davis*.   *Id*.   The same day, the Court issued an order requiring the government to show cause why Mr. Belfast's § 2255 motion should not be granted.   DE 33.

13.    On May 20, 2020, the government filed its response to Mr. Belfast's § 2255 motion.   DE 37.

14.    On May 26, 2020, undersigned counsel filed a motion for extension of time to reply to the government's response.   DE 38.   The Court granted the motion the same day.   DE 39.   The reply is now due on June 26, 2020.   *Id*.

15.    Mr. Belfast has since sent a certified letter to undersigned counsel, Federal Public Defender Michael Caruso, and others, asserting that it is a conflict of interest for undersigned counsel to remain as counsel of record, that he will pursue legal recourse against her, and that she has acted in bad faith.

16.    Accordingly, a conflict of interest exists and the Office of the Federal Public Defender is unable to represent the defendant.   *See* Rules Regulating the Florida Bar, Rule 4-1.7(a)(2) (Conflict of Interest) ("a lawyer must not represent a client if – there is a substantial risk that the representation of 1 or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer."); *id*., Comment ("If such a conflict arises after representation has been undertaken the lawyer should withdraw from representation.").

17.     The current mailing address for Mr. Belfast is:

Mr. Roy Belfast, Jr.
Reg. No. 76556-004
USP Lee
P.O. Box 305
Jonesville, VA 24263

## RELIEF REQUESTED

WHEREFORE, undersigned counsel respectfully requests that the Office of the Federal Public Defender be allowed to withdraw as appointed counsel in this matter.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:     *s/Janice L. Bergmann*
Janice L. Bergmann
Assistant Federal Public Defender
Court Assigned No. A5500685
One E. Broward Boulevard, Suite 1100
Fort Lauderdale, Florida   33301
(954) 356-7436
(954) 356-7556 (fax)
Janice_Bergmann@fd.org

5

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on June 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.   I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Janice L. Bergmann*
Janice L. Bergmann

6