UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20385-CIV-ALTONAGA/LOUIS
06-20758-CR-ALTONAGA

ROY M. BELFAST, Jr.,

v.

UNITED STATES OF AMERICA

_____/

UNITED STATES' SECOND NOTICE OF SUPPLEMENTAL AUTHORITY

The United States of America hereby files this second notice of supplemental authority. The government alerts this Court to the attached order vacating the opinion in *Garcia v. United States*, __ F.3d __, 2021 WL 68305 (11th Cir. Jan. 8, 2021), addressed in the United States' prior notice of supplemental authority, DE 77. The opinion cited in that prior notice, as reflected in the attachment hereto, was vacated pending a decision in *Granda v. United States*, 17-15194, or *Foster v. United States*, No. 19-14771.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   s/ Karen Rochlin
Assistant United States Attorney
Court ID # A5500050
99 N.E. 4th Street
Miami, Florida 33132
Telephone Number: (305) 961-9234
karen.rochlin@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed with the Clerk of the Court using CM/ECF and served by mail on Roy M. Belfast, Jr., No. 76556-004, USP Lee, P.O. Box 305, Jonesville VA   24263.

s/ Karen Rochlin
Karen Rochlin
Assistant United States Attorney